# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D2023-1703

————————————————

SUSAN C. BONNELL,

Petitioner,

v.

ELIZABETH JASINSKI, a
vulnerable adult, LEIGH
STEPHENS,

Respondents.

————————————————

Petition for Writ of Certiorari—Original Jurisdiction.

May 15, 2024

PER CURIAM.

DISMISSED. *Bd. of Trustees of Internal Improvement Trust Fund v. Am. Educ. Enters., LLC*, 99 So. 3d 450 (Fla. 2012).

LEWIS, ROWE, and NORDBY, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Christine D. Smallwood Miranda and A. Michele Smallwood of Smallwood Miranda Law, Inc., Panama City, for Petitioner.

No appearance for Respondents.